[No. 18150-9-II.    Division Two.    January 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for
Mason County, No. 93-1-00181-9, James B. Sawyer, II, J.,
entered January 27, 1994. *Affirmed* by unpublished
opinion per Armstrong, J., concurred in by Bridgewater,
A.C.J., and Morgan, J.

[No. 18751-5-II.    Division Two.    January 10, 1997.]

GARY C. HORSLEY, *Appellant*, v. CHARLES BERG,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 93-2-01382-6, James Edgar Warme, J.,
entered September 16, 1994. *Affirmed in part, reversed in
part* and *remanded* by unpublished opinion per Turner, J.,
concurred in by Houghton, C.J., and Morgan, J.

[No. 19162-8-II.    Division Two.    January 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
FREDERICK ANDRE CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-01781-2, Thomas Felnagle, J., entered
February 1, 1995. *Affirmed* by unpublished opinion per
Turner, J., concurred in by Seinfeld and Armstrong, JJ.

[Nos. 19173-3-II; 19174-1-II.    Division Two.    January 10, 1997.]

WILLIE BROWN, ET AL., *Appellants*, v. HEWLETT-
PACKARD CO., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Clark
County, Nos. 94-2-01297-9, 94-2-01298-7, James D. Ladley,
J., entered February 17, 1995. *Dismissed* by unpublished
opinion per Seinfeld, J., concurred in by Armstrong, J.,
and Felnagle, J. Pro Tem.